UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:14-CV-22345-SEITZ/TURNOFF

MELISSA JOHNSON,

    *Plaintiff*,

v.

CARNIVAL CORPORATION,
a Panama corporation d/b/a
"CARNIVAL CRUISE LINES"
    *Defendant.*

_____/

**DEFENDANT CARNIVAL CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

The Defendant Carnival Corporation ("Defendant"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, discloses that it is a publicly traded company whose common stock is listed on the New York Stock Exchange and there are no parent corporations or publicly held corporations that hold ten percent or more of the Defendant's stock.

    Dated: July 17, 2014
          Miami, Florida

                                    Respectfully submitted,

                                    **FOREMAN FRIEDMAN, P.A.**

                                    BY: */s/ Andrew D. Craven*
                                         Jeffrey E. Foreman, Esq.
                                         Florida Bar No. 0240310
                                         jforeman@fflegal.com
                                         Andrew D. Craven, Esq.
                                         Florida Bar No. 185388
                                         acraven@fflegal.com

          Lisandra Guerrero, Esq.
          Florida Bar No. 98521
          lguerrero@fflegal.com
          One Biscayne Tower, Suite 2300
          2 South Biscayne Boulevard
          Miami, FL  33131
          Phone: 305-358-6555
          Fax: 305-374-9077
          *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of July, 2014, a true and correct copy of the foregoing was furnished by E-Mail to: John H. Hickey, Esq, hickey@hickeylawfirm.com, Hickey Law Firm, P.A., 1401 Brickell Avenue, Suite 510 Miami, FL, 33131.

          BY: */s/ Andrew D. Craven*
          Andrew D. Craven, Esq.

## SERVICE LIST
## CASE NO. 1:14-CV-22345-SEITZ/TURNOFF

John H. Hickey, Esq.  
Florida Bar No. 305081  
hickey@hickeylawfirm.com  
Hickey Law Firm, P.A.  
1401 Brickell Avenue, Suite 510  
Miami, Florida 33131  
Phone: 305-371-8000  
Fax: 305-371-3542  
*Attorneys for Plaintiff*

Jeffrey E. Foreman, Esq.  
Florida Bar No. 0240310  
jforeman@fflegal.com  
Andrew D. Craven, Esq.  
Florida Bar No. 185388  
acraven@fflegal.com  
Lisandra Guerrero, Esq.  
Florida Bar No. 98521  
lguerrero@fflegal.com  
One Biscayne Tower, Suite 2300  
2 South Biscayne Boulevard  
Miami, FL  33131  
Phone: 305-358-6555  
Fax: 305-374-9077  
*Attorneys for Defendant*