UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22345-CIV-SEITZ/TURNOFF

MELISSA JOHNSON,
    Plaintiff,
vs.

CARNIVAL CORPORATION,
    Defendant.
_____/

## ORDER SETTING TRIAL DATE, PRETRIAL DEADLINES AND REFERRAL TO MAGISTRATE

Pursuant to Local Rule 16.1, and the Court having considered the parties' Revised Scheduling Report, it is hereby

ORDERED as follows:

1. **Trial Date and Calendar Call**. This case is set for Jury trial on the Court's two-week trial period commencing **February 22, 2016**, before the undersigned United States District Judge. Calendar Call shall be held on **February 17, 2016, at 1:15 p.m.** The case shall be assigned to the Standard case management track.

2. **Pretrial Conference**. A Pretrial Conference shall be held on **January 22, 2016, at 9:30 a.m.**

3. **Pretrial Deadlines**. The Court will hold the parties to all deadlines set out in their Joint Scheduling Report with the exception of the following deadlines the Court has set:

| | |
|---|---|
| September 4, 2015 | All discovery must be completed. |
| September 19, 2015 | All summary judgment and Daubert motions must be filed. Counsel shall submit courtesy copies of all briefs and exhibits. |
| January 8, 2016 | (a) Joint pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The witness lists shall be pared down to those witnesses |

the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. The witness and exhibit lists shall contain information required by Fed. R. Civ. P. 26(a); **and**

(b) Joint proposed jury instructions and verdict form must be filed outlining (1) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised, consistent with and citing to the Eleventh Circuit Pattern Jury Instructions, where applicable; **and**

(c) Motions in Limine and Responses must be filed. **Before any motions are filed, the parties shall consult with each other to see if the issues can be resolved without Court involvement.** The motions shall be limited to one (1) page per evidentiary issue, and shall identify the evidence sought to be precluded and the legal authority supporting exclusion. The responses shall also be limited to one (1) page, and shall provide a statement of the purpose for which the challenged evidence would be offered and the legal authority supporting the admissibility of such evidence; **and**

(d) For personal injury cases: The parties shall confer and stipulate, to the extent possible, as to the reasonable and customary medical expenses.

4. **Referral to Magistrate**. Pursuant to Rule 1 of the Magistrate Rules of the Southern District of Florida, **ALL DISCOVERY AND ALL MOTIONS FOR ATTORNEYS' FEES, COSTS AND SANCTIONS** are referred to Magistrate Judge William C. Turnoff for appropriate resolution. DISCOVERY DISPUTES THAT REQUIRE COURT INTERVENTION SHALL FOLLOW THE PROCEDURES SET OUT ON ATTACHMENT A TO THIS ORDER. It shall be the responsibility of the respective parties in this case to note on all materials necessary to the resolution of the referred matters the name of Magistrate Judge Turnoff on the case number caption (i.e., Case No. 99-1234-CIV-SEITZ/TURNOFF) and that courtesy copies of such materials shall be directed to his Chambers.

5. **Settlement**. If this case is settled, counsel must inform the Court within two (2) days by calling Chambers.

6. **Non-compliance with Order and Rules of Court**. Non-compliance with any provision of this Order, the Federal Rules of Civil Procedure, and/or the Local Rules of Court, may subject the offending party to **sanctions or dismissal**. It is the duty of <u>all</u> counsel to enforce the case management timetable to insure an expeditious resolution of this cause.

DONE AND ORDERED in Miami, Florida, this 8th day of October, 2014.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: The Honorable William C. Turnoff
     Counsel of Record

## DISCOVERY PROCEDURE FOR
## MAGISTRATE JUDGE WILLIAM C. TURNOFF

The following discovery procedures apply to all civil cases assigned to United States District Judge Patricia A. Seitz.

If a discovery dispute arises, the parties **must** confer in a good faith effort to resolve the dispute.

### MOTION CALENDAR -

If the parties are unable to resolve any discovery dispute without Court intervention, within fourteen (14) days of the problem arising and prior to filing a written motion, the moving party shall contact the chambers of **Magistrate Judge William C. Turnoff at (305) 523-5710**, and place the matter on the next available discovery calendar. The movant shall contact chambers no later than noon on the Friday preceding the discovery calendar, and shall do so ONLY after conferring with opposing counsel and confirming his or her availability for the discovery calendar.

Judge Turnoff will hold a regular discovery calendar every **Thursday, from 2:00 p.m. to 4:00 p.m.**, in Courtroom XI, on the 11th Floor of the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue.

### NOTICE OF HEARING -

On the same day that the matter is placed on the discovery calendar, the movant shall file and serve a Notice of Hearing on opposing counsel and Judge Turnoff via CM/ECF. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard. No more than ten (10) minutes per side will be permitted . The movant shall include in this Notice of Hearing a certificate of good faith that complies with S.D. Fla. L. R. 7.1 (A)(3).

No later than noon on the Monday preceding the discovery calendar, the parties shall provide Judge Turnoff with a copy of all source materials relevant to the discovery dispute, via hand-delivery or the CM/ECF mailbox (turnoff@flsd.uscourts.gov). (For example, if the dispute concerns interrogatories, the interrogatories at issue and the response thereto shall be provided to Judge Turnoff's chambers.)

### NO WRITTEN DISCOVERY MOTIONS -

To minimize the need for discovery motions, no written discovery motions, including motions to compel, for protective order, or related motions for sanctions shall be filed, unless the Court so directs at the discovery calendar. The Court expects all parties to engage in reasonable compromise to facilitate the resolution of their discovery disputes. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is being withheld in bad faith.

Attachment A