UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 14-22345-CIV-SEITZ/TURNOFF

AT LAW AND IN ADMIRALTY

MELISSA JOHNSON,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## PLAINTIFF'S FACT WITNESS LIST

The Plaintiff, Melissa Johnson, by and through her undersigned counsel, furnishes her Fact Witness List, as follows:

1. Melissa Johnson
   c/o Hickey Law Firm, P.A.
   1401 Brickell Avenue, Suite 510
   Miami, FL  33131

2. Jennifer Toney Mitchell
   5900 Kinkeade Avenue
   Apartment 365
   Fort Smith, AR  72903

3. Robin (Last name unknown)
   Address unknown
   Phone number unknown

4. Michael W. Johnson, II
   c/o Hickey Law Firm, P.A.
   1401 Brickell Avenue, Suite 510
   Miami, FL  33131

5.  Daija U. Johnson
    c/o Hickey Law Firm, P.A.
    1401 Brickell Avenue, Suite 510
    Miami, FL  33131

6.  Jaydon I. Johnson
    c/o Hickey Law Firm, P.A.
    1401 Brickell Avenue, Suite 510
    Miami, FL  33131

7.  Jayveion S. Johnson
    c/o Hickey Law Firm, P.A.
    1401 Brickell Avenue, Suite 510
    Miami, FL  33131

8.  Jamarion G. Johnson
    c/o Hickey Law Firm, P.A.
    1401 Brickell Avenue, Suite 510
    Miami, FL  33131

9.  Deborah Burgett
    615 Citrus Street
    Pensacola, FL  32506

10. Garry Burgett
    615 Citrus Street
    Pensacola, FL  32506

11. Tashara Thomas
    6900 Kinkeade Avenue
    Apartment 384
    Fort Smith, AR  72903

12. Jennifer Thomas
    31 Northwood Street
    Ft. Smith, AR  72904

13. Leslie McCurdy
    4512 Berkley Avenue
    Ft. Smith, AR  72904

14. Ricky Releford
    4516 Skywood Drive
    Fort Smith, AR  72904

15. Ruthie Bunton (Friend)
    3805 Presley Avenue
    Apartment 129
    Fort Smith, AR  72903

16. Kandra Warden (Former neighbor)
    Address unknown
    Fort Smith, AR

17. Any and all <u>MEDICAL CARE PROVIDERS</u> (including but not limited to all doctors, nurses, physical therapists, vocational therapists, occupational therapists, hospitals, clinics and any and all medical facilities, who have examined or have provided services or treatment to the Plaintiff at any time including), and the <u>RECORDS CUSTODIANS</u> for such personnel and facilities, including but not limited to the following:

    a. **Infirmary on the Carnival *Ecstasy* (R/C)**
       c/o Carnival Cruise Lines
       3655 NW 87th Avenue
       Miami, FL 33178

    b. **Dr. Sumayya Ismail Cassim**
       c/o Carnival Cruise Lines
       3655 NW 87th Avenue
       Miami, FL 33178

    c. **Sigrid Van Rooyen**
       c/o Carnival Cruise Lines
       3655 NW 87th Avenue
       Miami, FL 33178

    d. **Sparks Regional Medical Center (R/C)**
       1001 Towson Avenue
       Fort Smith, AR 72901
       Tel: 479-441-4000

    e. **Jaime W. Maner, MD**
       Sparks Regional Medical Center
       1001 Towson Avenue
       Fort Smith, AR 72901
       Tel: 479-441-4000

    f. **Ismail Ihmeidan, MD**
       Sparks Regional Medical Center
       1001 Towson Avenue
       Fort Smith, AR 72901
       Tel: 479-441-4000

g. **Kevin Eastep, PA**
   Sparks Regional Medical Center
   1001 Towson Avenue
   Fort Smith, AR 72901
   Tel: 479-441-4000

h. **Avery J. Knapp, MD**
   Sparks Regional Medical Center
   1001 Towson Avenue
   Fort Smith, AR 72901
   Tel: 479-441-4000

i. **Jeffrey Ferrell, MD**
   Sparks Regional Medical Center
   1001 Towson Avenue
   Fort Smith, AR 72901
   Tel: 479-441-4000

j. **Delphi Healthcare Partners (R/C)**
   1500 Dodson Avenue, Suite 285
   Ft. Smith, AR 72901
   Tel: 479-709-7280

k. **Claiborne Moseley III, MD**
   Delphi Healthcare Partners
   1500 Dodson Avenue, Suite 285
   Ft. Smith, AR 72901
   Tel: 479-709-7280

l. **Cooper Clinic, P.A. (R/C)**
   7001 Rogers Avenue, 6th Floor
   Ft. Smith, AR 72903
   Tel: 479-274-5200

m. **Jody Bradshaw, MD**
   Cooper Clinic, P.A.
   7001 Rogers Avenue, 6th Floor
   Ft. Smith, AR 72903
   Tel: 479-274-5200

n. **Horton's Orthotics (R/C)**
   2909 S. 66th Street
   Fort Smith, AR  72903
   Tel: 479-452-3959

  o. **Connie, Physical Therapist**
    Sparks Regional Medical Center
    1001 Towson Avenue
    Fort Smith, AR 72901
    Tel: 479-441-5361

  p. **Dr. Kurt Jones, OB/GYN**
    Center for Women's Health
    4616 N. Davis Highway
    Pensacola, FL 32503

  q. **Good Samaritan Clinic (R/C)**
    615 N. B Street
    Fort Smith, AR 72901
    Tel: 479-783-0233

  r. **Dr. Mona Phomakay**
    4700 Kelley Highway
    Fort Smith, AR 72904
    Tel: 479-573-7990

  s. **Dr. James C. Boyd**
    2280 N. 9th Avenue
    Pensacola, FL 32503

18. Records Custodians of the Defendants.

19. Corporate Representatives of the Defendants including but not limited to those produced by the Defendants for deposition pursuant to Fla. R. Civ. P. 1.310 (b) (6).

20. All witnesses listed or referenced in any Emergency Medical Treatment Reports, Fire Rescue Reports, Police Reports, and/or reports of other law enforcement, regulatory, and/or governmental agencies.

21. Medical illustrators including but not limited to:

Jennifer McCormick
Medical Illustrator
Art for Law & Medicine, Inc.
5116 Spiral Wood Drive
Clemmons, NC 27012

22. All personnel listed or referenced in any Emergency Medical Treatment Reports, Fire Rescue Reports, Police Reports, and/or reports of other   law enforcement, regulatory, and/or governmental agencies.

CASE NO.: 14-22345-CIV-SEITZ/TURNOFF

23. All witnesses previously listed by the Plaintiffs in any Preliminary Witness Lists, Expert Witness Lists or Disclosures, and/or in any other witness lists in this case.

24. All witnesses listed by other parties in this action.

25. All rebuttal witnesses.

26. All impeachment witnesses.

27. All witnesses referred to in the Complaint, Answer to the Complaint, depositions, Exhibits to Depositions, Interrogatory Answers, Responses to Request for Admissions, Responses to Requests to Produce, documents produced by any party to this action, and correspondence between counsel in this case.

Discovery and investigation are ongoing. The Plaintiff reserves the right to amend this list.

By: *s/John H. Hickey*
John H. Hickey (FBN 305081)
hickey@hickeylawfirm.com
Christopher M. Drury, Esq. (FBN 796751)
cdrury@hickeylawfirm.com
Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, FL 33131-3504
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2015, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parities who are not authorized to received electronically Notices of Electronic Filing.

By: ___s/ John H. Hickey___
JOHN H. HICKEY

CASE NO.: 14-22345-CIV-SEITZ/TURNOFF

## SERVICE LIST

MELISSA JOHNSON v. CARNIVAL CORPORATION
United States District Court, Southern District of Florida
CASE NO.: 14-CIV-22345-SEITZ/TURNOFF

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081)<br>hickey@hickeylawfirm.com<br>Christopher M. Drury (FBN 796751)<br>cdrury@hickeylawfirm.com<br>Hickey Law Firm, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131-3504<br>Tel. (305) 371-8000<br>Fax (305) 371-3542<br>*Attorneys for Plaintiff* | Jeffrey E. Foreman, Esq. (FBN 0240310)<br>jforeman@fflegal.com<br>Andrew Craven, Esq. (FBN 185388)<br>acraven@fflegal.com<br>Lisandra Guerrero, Esq. (FBN 98521)<br>lguerrero@fflegal.com<br>Foreman Friedman, P.A.<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>Tel. (305) 358-6555<br>Fax (305) 374-9077<br>*Attorneys for Defendant*<br>*Service by Notice of Electronic Filing* |